Petition for Writ of Mandamus
Denied and Memorandum Opinion filed October 14, 2010.

 

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-10-00915-CV

____________

 

IN RE ON POINT HOLDINGS, L.L.C. D/B/A ON POINT SPORTS
AND PHILLIPPE TANUY, Relators

 

 

 



ORIGINAL PROCEEDING

WRIT OF MANDAMUS

 

 

 



M E M O R
A N D U M   O P I N I O N

            On September 23, 2010, relators filed a petition for writ of
mandamus in this court.  See Tex. Gov’t Code Ann. § 22.221 (Vernon
2004); see also Tex. R. App. P. 52.  In the petition, relators ask this
court to compel the Honorable Michael Gomez, presiding judge of the 129th
District Court of Harris County to set aside his order of April 26, 2010.

Relators have not established they are entitled to mandamus
relief.  Accordingly, we deny relators’ petition for writ of mandamus.

 

                                                                        PER
CURIAM

 

Panel
consists of Justice Seymore, Boyce, and Christopher.